JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE MILLER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>S. GOODMEN, et al.,<br><br>　　　　　Defendants. | Case No. EDCV 10-422-R (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:  April 21, 2011

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE